### 5478. PARKER v. DANIEL.

RUSSELL, C. J. There was circumstantial evidence which authorized the inference that the plaintiff acquired title to the note subsequently to its maturity, and that for that reason he was not a bona fide purchaser. The charge of the court was a full, fair and able presentation of the law applicable to the case, and, when considered as a whole, was not subject to any of the exceptions presented in the motion for a new trial. For that reason the verdict approved by the trial judge will not be disturbed. *Judgment affirmed. Broyles, J., not presiding.*

DECIDED FEBRUARY 18, 1915.

Complaint; from city court of Jefferson—Judge Johns. December 16, 1913.

*A. C. Brown, John J. & Roy M. Strickland,* for plaintiff.

*G. C. Thomas, T. J. Shackelford, W. M. Smith, P. Cooley,* for defendant.